United States District Court
Northern District of New York

5:21-cv-00562(FJS)(ATB)

Leah Greco, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

Moran Foods, LLC,

                Defendant

Stipulation of Dismissal
With Prejudice

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Leah Greco and Defendant Moran Foods, LLC, through their undersigned counsel, whereas no party herto is an infant or incompetent, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated:   March 4, 2022

Sheehan & Associates, P.C.

_____
Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Attorneys for Plaintiff*

Gordon & Rees

_____
Ilan Rosenberg
1717 Arch St Ste 610
Philadelphia, PA 19103
Tel: (215) 717-4026
irosenberg@grsm.com

*Attorneys for Defendant*

Date:   March 7, 2022       IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge